**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:

**MICHAEL KRICHEVSKY**

**Case No. 1-19-43516-ess**
**Chapter 11**

**Debtor In Possession**

**MICHAEL KRICHEVSKY**

**Plaintiff Under Duress, DIP**

vs.

**Adversary Proceeding No.:**
**1-21-01013**

**US BANK, NA, WELLS FARGO BANK, NA, WELLS FARGO HOME MORTGAGE, KELLY DUNCAN, WELLS FARGO HOME MORTGAGE, STEPHANIE TERESE TAUTGE, DANIEL V. EDWARD, BANC OF AMERICA FUNDING CORPORATION, VERIPRISE PROCESSING SOLUTIONS LLC, CHARIE LENISE GLADDEN, WOODS OVIATT GILMAN, LLP DONALD W. O'BRIEN, JR., NATALIE A. GRIGG, ALEKSANDRA K. FUGATE, BRITTANY J. MAXON, DAVID BRUCE WILDERMUTH, BRETTANIE L. HART SAXTON, VICTORIA E. MUNIAN, MICHAEL THOMAS JABLONSKI, MIRANDA L. SHARLETTE A/K/A MIRANDA JAKUBEC, FRENKEL LAMBERT WEISS WEISMAN GORDON, LLP, BARRY WEISS, PROVEST, LLC, WOODY DORSONNE, REED SMITH LLP, NATSAYI MAWERE, JENNIFER L. ACHILLES, ESTATE OF DISEASED NOACH DEAR, SHMUEL TAUB, STEVEN J. BAUM, P.C. STEVEN J. BAUM, ELPINIKI M. BECHAKAS, JANE AND JOHN DOE 1-100, INDIVIDUALS NAMES TO BE DISCOVERED,**

**CERTIFICATE OF SERVICE**

**Defendants.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 4, 2021, I caused the foregoing Motion to Dismiss, including all attachments to be electronically filed with the Clerk of Court by using the CM/ECF system, and provided a true correct copy of said document including all attachments to

100400-14

a vendor for mailing by U.S. Postal Service First Class Main Postage Prepaid or FedEx to the following parties:

Michael Krichevsky
4221 Atlantic Ave
Brooklyn, NY 11224

Marianne DeRosa
Office of the Chapter 13 Trustee
100 Jericho Quadrangle
Suite 127
Jericho, NY 11753

Office of the United States Trustee
US Federal Office Building
201 Varick Street
Suite 1006
New York, NY 10014

*/s/ Kevin P. Hoenig*

Kevin P. Hoenig
Bankruptcy Clerk

100400-14