UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

                                                   Chapter 11

MICHAEL KRICHEVSKY,                      Case No. 19-43516-ess

              Debtor.

-------------------------------------------------------------------X
MICHAEL KRICHEVSKY,                      Adv. Pro. No. 21-01013-ess

              Plaintiff,

                    v.              **AFFIDAVIT OF SERVICE**

US BANK, N.A., et al.,

              Defendants.
-------------------------------------------------------------------X

**STATE OF NEW YORK**
**COUNTY OF SUFFOLK**

    I, Adam Berger, being sworn, says: I am not a party to this action, am over 18 years of age and reside in Suffolk County, New York.

    On April 30, 2021, I served the within Notice of Motion to Dismiss Pursuant Fed.R.Civ.P.12(b)(6), Memorandum of Law, and Declaration in Support with supporting papers on :

Michael Krichevsky
Plaintiff Pro Se
4221 Atlantic Avenue
Brooklyn NY 11224

by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the Federal Express, tracking Number 773602803737  within the State of New York.

                                    Adam Berger

Sworn before me on: April 30th, 2021

_____
Notary Public

JESSICA SPIEGELMAN
Notary Public, State of New York
No. 01SP6093750
Qualified in Suffolk County
Commission Expires June 9, 20__